**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHERIF el-MASHAD, *et al.*,           :
                                      :
        Petitioners,                  :
                                      :
    v.                                :  Civil Action No. 05-0270 (JR)
                                      :
GEORGE W. BUSH, *et al.*,             :
                                      :
        Respondents.                  :

## ORDER

      Petitioners' motion for a preliminary injunction [3] is **denied.** Petitioners' motion for an order to show cause [17] is **granted.** Respondents' motion for a stay [16] is **granted.** Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. **IT IS SO ORDERED.**


                                    JAMES ROBERTSON
                                 United States District Judge