UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERIF el-MASHAD, *et al.*, | : |
| Petitioners, | : |
| v. | : Civil Action No. 05-0270 (JR) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents. | : |

**ORDER**

Petitioners having been transferred from Guantanamo Bay so that they are no longer in United States custody, their petition for habeas corpus is **dismissed as moot**. See, *In re Petitioners Seeking Habeas Corpus Relief in Relation to Prior Detention at Guantanamo Bay*, 08-mc-0444 (Jan. 12, 2009) [Dkt. No. 79].

JAMES ROBERTSON
United States District Judge