## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | Misc. No. 08-mc-442 (TFH) |
| | ) | |
| IN RE: | ) | Civil Action Nos. |
| | ) | |
| GUANTANAMO BAY | ) | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, |
| DETAINEE LITIGATION | ) | 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2215, |
| | ) | 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, |
| | ) | 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, |
| | ) | 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, |
| | ) | 05-cv-0748, 05-cv-0764, 05-cv-0877, 05-cv-0883, |
| | ) | 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
| | ) | 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, |
| | ) | 05-cv-1220, 05-cv-1244, 05-cv-1353, 05-cv-1429, |
| | ) | 05-cv-1457, 05-cv-1490, 05-cv-1497, 05-cv-1504, |
| | ) | 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, |
| | ) | 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, |
| | ) | 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, |
| | | 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, |
| | | 05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2379, |
| | | 05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386, |
| | | 05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684, |
| | | 06-cv-1690, 06-cv-1761, 06-cv-1765, 06-cv-1766, |
| | | 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, |
| | | 08-cv-1101, 08-cv-1207, 08-cv-1224, 08-cv-1228, |
| | | 08-cv-1233, 08-cv-1235, 08-cv-1237, 08-cv-1238, |
| | | 08-cv-1360, 08-cv-1440, 08-cv-1789, 08-cv-1805, |
| | | 08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083, |
| | | 09-cv-0031, 09-cv-0745, 09-cv-0873, 09-cv-0904, |
| | | 09-cv-1332, 09-cv-1385, 09-cv-2368, 10-cv-0407 |

## **NOTICE OF COMPLIANCE**

Respondents, by and through undersigned counsel, hereby respectfully provide notice that on July 23, 2010 they completed the reprocessing of proposed public factual returns required by the Court's June 1, 2009 (08-mc-442, Dkt. No. 1781), January 14, 2010 (Dkt. No. 1896), and July 27, 2010 (Dkt. No. 1967) Orders (collectively, the "Public Returns Orders") for every case they determined to be covered by those orders.  In each such case in which a petitioner is

currently represented by counsel, Respondents served the reprocessed return on petitioner's counsel on or before July 23, 2010. Respondents are continuing to meet and confer with Petitioners' counsel regarding the Government's specific proposed designations in individual cases, and will continue to file the proposed public returns under seal with the Merits Judges, as required by the Public Returns Orders, on a rolling basis as the meet and confer sessions are completed.

Dated: July 30, 2010               Respectfully submitted,

                                   TONY WEST
                                   Assistant Attorney General

                                   JOSEPH H. HUNT
                                   Branch Director

                                   TERRY M. HENRY
                                   Assistant Branch Director


                                    /s Lisa Zeidner Marcus

                                   JAMES J. GILLIGAN
                                   Assistant Branch Director

                                   LISA ZEIDNER MARCUS
                                   Trial Attorney
                                   (NY Bar Registration No. 4461679)

                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Avenue, N.W.
                                   Washington, DC 205301
                                   Phone: (202) 514-3336

                                   Attorneys for Respondents