IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adel Fattouh Aly Ahmad Algazzar (ISN 369),<br>         Petitioner,<br><br>   v.<br><br>BARACK H. OBAMA, et al.,<br>   Respondents. | Civil Action No. 05-0270 (RCL) |

### [PROPOSED] ORDER

Having considered Petitioner's Unopposed Motion to Seal the Respondent's Proposed Public Factual Return, and the entire record, it is hereby

ORDERED, that Petitioner's Unopposed Motion to Seal the Proposed Public Factual Return is granted.

_____
ROYCE C. LAMBERTH
United States District Judge

DATED: _July 19_, 2013